IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| CHARLES MOORE, JR., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No: 2:18-CV-82 |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

**O R D E R**

United States Magistrate Judge Clifton L. Corker filed a report and recommendation (the "R&R") on November 19, 2018, recommending that a motion by BlueCross Blue Shield of Tennessee, Inc. ("BCBST") to intervene in this matter be granted. (Doc. 19.) Judge Corker directed BCBST to file its complaint within ten (10) days of entry of the order, and BCBST has done so. (Doc. 20.) Neither party has objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 19).

**SO ORDERED.**

**ENTER:**

/s/ 
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**